**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 98-50517 LTB  Judge: LAURA T. BEYER | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | Mullins, John Robert | Date Filed (f) or Converted (c): | 04/17/98 (f) |
| | | 341(a) Meeting Date: | 06/01/98 |
| For Period Ending: | 06/30/19 | Claims Bar Date: | 04/29/02 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Settlement (u)  Estimated Value of Counterclaim against Ford Motor Credit Inc for Fraud. Amended 2/18/2000 after Trustee's discovery. | 0.00 | 30,000.00 | | 30,000.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | 22,821.63 | | 22,821.63 | FA |
| 3. Beech Mountain Property Club Dues (u)  Owned by Mullins-South, Inc., see number 9 below. | 0.00 | 2,700.00 | | 2,700.00 | FA |
| 4. Rent on 515 Locust St, Richlands VA 24641 (u)  paid by Geneva M. Bumgarner | 0.00 | 13,500.00 | | 18,400.00 | 0.00 |
| 5. Charlie S Incorporated-dept of alcoholic beverage (u)  check made payable to Charlie S Incorporated - forwarded to Vero Investments | 0.00 | 1,330.00 | | 1,330.00 | FA |
| 6. Sanctions against Stella Cranwell (u)  Sanctions ordered 11/5/02 | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 7. Receiver funds-Double C (u) | 0.00 | 4,294.81 | | 4,294.81 | FA |
| 8. 2000 Ford Expedition (u) | 0.00 | 1,074.79 | | 1,074.79 | FA |
| 9. Mullins South Remaining Balance (u)  Per Court Order No. 173 dated 9/27/2002 | 0.00 | 36,765.17 | | 36,765.17 | FA |
| 10. Skyline Telephone Membership, Corp. - Refund (u) | 0.00 | 134.52 | | 134.52 | FA |
| 11. Motel & Convention Ctr. & Waffle & Egg (u) | 0.00 | 318,056.15 | | 318,056.15 | FA |
| 12. Long Bay lot 15 - Vero Investments (u) | 0.00 | 29,989.72 | | 29,989.72 | FA |
| 13. Tax refund (u) | 0.00 | 5,674.85 | | 5,674.85 | FA |
| 14. Settlement per 3-18-05 Order (u) | 0.00 | 45,000.00 | | 45,000.00 | FA |
| 15. Partial settlement per Order entered 2/6/2006 (u)  AP #00-5013 | 0.00 | 140,000.00 | | 140,000.00 | FA |
| 16. Deposit for Contract Purchase (u)  on Mullins Professional Building | 0.00 | 40,000.00 | | 40,000.00 | FA |

LFORM1

Ver: 22.01b

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | |  | |
|---|---|---|---|
| Case No: | 98-50517    LTB    Judge: LAURA T. BEYER | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
| Case Name: | Mullins, John Robert | Date Filed (f) or Converted (c): | 04/17/98 (f) |
| | | 341(a) Meeting Date: | 06/01/98 |
| | | Claims Bar Date: | 04/29/02 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 17. Court Order 6-9-06 (u)<br>    Sale of Hangar | 0.00 | 30,139.46 | | 30,139.46 | FA |
| 18. Sale Proceeds - Mullins Professional Bldg (u)<br>    Also, see 16 | 0.00 | 413,375.91 | | 413,375.91 | FA |
| 19. Settlement (u)<br>    Vicroy, et al | 0.00 | 17,500.00 | | 17,500.00 | FA |
| 20. Royalties on CNX Gas (u)<br>    See also number 35 | 0.00 | 352,176.17 | | 531,751.29 | 0.00 |
| 21. Sale proceeds - 18.256 acres | 0.00 | 18,071.23 | | 18,071.23 | FA |
| 22. Cash on hand | 350.00 | 0.00 | | 0.00 | FA |
| 23. Stock - Mulco Leasing Inc (u)<br>    Amended 6/12/98 after Trustee's discovery; see number 18 | 0.00 | 0.00 | | 0.00 | FA |
| 24. Checking Account at Harbor Federal Savings Bank | 100.00 | 0.00 | | 0.00 | FA |
| 25. Power Tools | 100.00 | 0.00 | | 0.00 | FA |
| 26. Carpentry Tools | 100.00 | 0.00 | | 0.00 | FA |
| 27. Lawn Tools | 100.00 | 0.00 | | 0.00 | FA |
| 28. Golf Clubs | 250.00 | 0.00 | | 0.00 | FA |
| 29. Tennis Racquet | 75.00 | 0.00 | | 0.00 | FA |
| 30. Books | 50.00 | 0.00 | | 0.00 | FA |
| 31. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 32. Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 33. 38 Caliber Smith & Wesson Pistol | 100.00 | 0.00 | | 0.00 | FA |
| 34. SMC Trust (u)<br>    Debtor is beneficiary during lifetime in SMC Trust set up by son. No distributions to date. Trust terminates if corpus or income of trust is attached. | 0.00 | 0.00 | | 0.00 | FA |

LFORM1                                                                                                                                                           Ver: 22.01b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| Case No: | 98-50517   LTB   Judge: LAURA T. BEYER | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | Mullins, John Robert | Date Filed (f) or Converted (c): | 04/17/98 (f) |
| | | 341(a) Meeting Date: | 06/01/98 |
| | | Claims Bar Date: | 04/29/02 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| This was the subject of major litigation in this case. | | | | | |
| 35. Coal bed methane lease (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 2/5 of 1/6 interest | | | | | |
| 36. Note from debtor's daughter to Estate (u) | 0.00 | 293,326.02 | | 293,326.02 | FA |
| from sale of 2/5 interest in Sandy Lane, payable on debtor's death; interest is accruing at 4% per annum from 6-20-2003. | | | | | |
| 37. Doran bottom land 2/5 interest (u) | 0.00 | 3,500.00 | | 149,900.00 | FA |
| 38. 1931 Ford Model A (u) | 0.00 | 20,318.00 | | 20,318.00 | FA |
| 39. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 40. Sale of Lexington Property (u) | 0.00 | 1,767,798.90 | | 1,767,798.90 | FA |
| 41. Refund of transcription overpayment (u) | 0.00 | 199.60 | | 199.60 | FA |
| received 5/24/2002 | | | | | |
| 42. Return of Mullins-South deposit (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| Received 10/7/2002 | | | | | |
| 43. Refund of Recording Fee (u) | 0.00 | 14.00 | | 14.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $2,025.00 | $3,622,760.93 | | $3,953,636.05 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 30, 2019 - Semi-Annual Report - Trustee collecting royalty payments. Trustee filed Interim Application for
Compensation to: Richard M. Mitchell and John W. Taylor entered on June 10, 2019. Trustee filed Interim Application for
Compensation to: Edward P. Bowers entered on June 12, 2019.

LFORM1   Ver: 22.01b

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 4

| | |
|---|---|
| Case No: 98-50517   LTB   Judge: LAURA T. BEYER | Trustee Name: BARRETT L. CRAWFORD, TRUSTEE |
| Case Name: Mullins, John Robert | Date Filed (f) or Converted (c): 04/17/98 (f) |
| | 341(a) Meeting Date: 06/01/98 |
| | Claims Bar Date: 04/29/02 |

March 31, 2019 - Quarterly - Trustee conducted auction sale of real property on January 9, 2019. Auction sale confirmation hearing held January 11, 2019.  Trustee filed Ex Parte Motion for Confirmation of Auction Sale  entered on January 17, 2019. Order Confirming Auction Sale of Property entered on January 18, 2019

December 31, 2018 - SAR - Trustee filed Motion to Sell Property Free and Clear of Liens entered on November 14, 2018. Response Filed by David Pullman on behalf of Structured Asset Sales, LLC entered on November 28, 2018. Hearing held on December 7, 2018. Order Granting Motion to Sell; Sale confirmation hearing to be held on January 11, 2019 entered on December 19, 2018.

September 30, 2018 - Quarterly -  Gas royalties and rent are continued to be collected.

June 30, 2018 - SAR - Trustee file Motion to Sell Property Free and Clear of Liens entered on May 22, 2018. Trustee filed Interim Application for Compensation to: Richard M. Mitchell and John W. Taylor entered on May 22, 2018. Order Granting Application for Compensation entered on June 14, 2018. Order Granting Motion to Sell Real Property entered on June 14, 2018. Trustee filed Interim Application for Compensation to: Edward P. Bowers entered on June 21, 2018.

March 31, 2018 -  Quarterly - Gas royalties and rent are continued to be collected.

December 31, 2017 - SAR - Order Approving Motion to Clarify Effect of November 21, 2002 Judgment entered on November 2, 2017 in AP 00-5013.  Gas royalties and rent are continued to be collected.

September  30, 2017 - Quarterly - Order Granting Application for Compensation to McKinnis & Scott entered on July 25, 2017. Trustee filed Motion to Clarify Effect of November 21, 2002 Judgment on September 14, 2017 in AP 00-5013.

June 30, 2017 - SAR - Trustee had title search performed on the PJ Brown property in Virginia. Trustee to file a motion to supplement the judgment to record with the register of deeds in Buchanan and Taxwell counties. Gas royalties and rent are continuing to be collected.

March 31, 2017 - Quarterly - Final Application for Compensation to A. Benton Chafin, Jr. entered on February 14, 2017; Amended application filed on February 15, 2017. Order Granting Application for Compensation to Benton Chafin, Jr., special counsel entered on March 17, 2017. Gas royalties and rent are continuing to be collected. Trustee having

LFORM1                                                                                                                                                                                                                                  Ver: 22.01b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

| | | |
|---|---|---|
| Case No: 98-50517   LTB   Judge: LAURA T. BEYER | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
| Case Name: Mullins, John Robert | Date Filed (f) or Converted (c): | 04/17/98 (f) |
| | 341(a) Meeting Date: | 06/01/98 |
| | Claims Bar Date: | 04/29/02 |

Virginia counsel perform title search on PJ Brown property to sell remaining real estate, including gas rights.

December 31, 2016 - SAR - Gas royalties and rent are continuing to be collected. Trustee to sell remaining real estate.

September 30, 2016 - Quarterly -  Gas royalties and rent are continuing to be collected. Trustee to sell remaining real estate.

June 30, 2016 - SAR - Trustee filed Motion to Approve Settlement with Ford Motor Credit Company entered on May 14, 2016. Trustee filed Ex Parte Application to Employ Attorney Tim Scott as Special Counsel entered on May 16, 2016. Order granting Application to Employ Special Counsel entered on May 17, 2016. Order granting Motion to Approve Settlement with Ford Motor Credit Company entered on June 3, 2016.

March 31, 2016 - Quarterly Report - Trustee negotiated settlement of lien on sales proceeds with Ford Motor Credit Company.  Trustee preparing motion to approve settlement.  Gas royalties and rent are continuing to be collected.  Trustee filed state and federal tax returns on March 31, 2016.

December 31, 2015 - SAR - Gas royalties and rent are continuing to be collected. Trustee preparing complaint to determine liens on sale proceeds from the sale of the Doran Bottom Land.

Septmeber 30, 2015 - Quarterly Report - Trustee closed on sale of real property.  Trustee filed Report of Sale entered on July 16, 2015. Trustee filed Ex Parte Motion to Deposit Funds into Registry entered on September 3, 2015; Ex Parte Order entered on September 4, 2015.

June 30, 2015 SAR - Cash royalties and rent are continuing to be collected. Trustee filed Motion to Sell Property Free and Clear of Liens entered on May 7, 2015; Order granting Motion entered on June 8, 2015.

March 31, 2015 SAR - Cash royalties and rent are continuing to be collected.

December 31, 2014 SAR - Cash royalties and rent are continuing to be collected.  Order Approving Trustee's Motion to Clarify Effect of November 21, 2002, docket no. 748 was entered  on 11/25/2014.

September 30, 2014 SAR - Cash royalties and rent are continuing to be collected.  Trustee filed Application to Employ

LFORM1   Ver: 22.01b

| | | | |
|---|---|---|---|
| Case No: | 98-50517   LTB   Judge: LAURA T. BEYER | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
| Case Name: | Mullins, John Robert | Date Filed (f) or Converted (c): | 04/17/98 (f) |
| | | 341(a) Meeting Date: | 06/01/98 |
| | | Claims Bar Date: | 04/29/02 |

Attorney A. Benton Chafin, Jr. as Special Cousel with Order Granting Application entered on 10/16/2014.  In AP 00-5013, Motion to Clarify Effect of November 21, 2002 Judgment was filed on 9/23/2014.  Hearing scheduled for 10/27/14.

June 30, 2014 SAR - Cash royalties and rent are continuing to be collected.

March 31, 2014 SAR - Cash royalties and rent are continuing to be collected.

January 31, 2014 SAR - Cash royalties and rent are continuing to be collected.

October 30, 2013 SAR - Cash royalties and rent are continuing to be collected.

June 30, 2013 SAR - Cash royalties and rent are continuing to be collected.

April 30, 2013 - Cash royalties and rent are continuing to be collected.

January 31, 2013 - Cash royalties and rent are continuing to be collected.  2012 tax return will need to be filed.

October 31, 2012 - Special Counsel is examining decrease in royalties.

July 25, 2012 - Royalties have substantially decreased despite new drilling on the property.  Trustee is investigating why the royalties have decreased.

April 30, 2012 - Tax return has been extended.  Rent and royalties are being collected.

January 31, 2012 - Cash royalties and rent are continuing to be collected.  2011 tax return will need to be filed.

October 25, 2011 - Trustee is monitoring P.J. Brown heirs' property development issues and continuing to collect assets.

July 26, 2011 -  Trustee continues to collect rent and gas royalties, as well as follow developments regarding P.J. Brown heirs' property.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 7

| | | |
|---|---|---|
| Case No: | 98-50517   LTB   Judge: LAURA T. BEYER | Trustee Name: BARRETT L. CRAWFORD, TRUSTEE |
| Case Name: | Mullins, John Robert | Date Filed (f) or Converted (c): 04/17/98 (f) |
| | | 341(a) Meeting Date: 06/01/98 |
| | | Claims Bar Date: 04/29/02 |

April 28, 2011 - Still investigating Doran bottom land development and collecting rent and gas royalties.

January 31, 2011 - Trustee is investigating "tip" from anonymous source regarding Debtor's development of Doran bottom land.  Additionally, gas interest royalties and rent are being received and awaiting Note payment.

October 28, 2010 - Trustee is continuing to await note payment and regular gas interest  royalties.

July 28, 2010 --  Car has been sold and gas interest royalties are continuing.  Trustee is continuing to await note payment.

April 27, 2010 -  Quarterly -- Continuing to collect royalties from gas interest, rent and awaiting note payment, car to be sold.

January 23, 2010 Continuing to receive royalties; awaiting note payment upon debtor's death;  auctioneer to sell 1931 Model A Ford (motion for approval to be filed).

July 13, 2009 - Semi-annual -- continuing to collect rent and royalties; motion to sell real property pending.

January 13, 2009 - Continuing to collect gas royalties.

July 30, 2008 -- Semi-annual -  Collecting assets; despite settlements with Charles Mullins and Bryan Tipton, appeals still pending.

December 19, 2007 - Semi-Annual - Settlement Order regarding MPB sale with bank appealed and pending; continuing to collect estate assets.

July 26, 2006 - August, 2006 trial scheduled for 01-5013; Mullins Professional Building sale ordered and pending

December 27, 2005 - Semi Annual - Litigation pending; various sales of property under negotiation

Initial Projected Date of Final Report (TFR): 12/31/00     Current Projected Date of Final Report (TFR): 06/30/19

LFORM1

Ver: 22.01b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 98-50517 -LTB | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | Mullins, John Robert | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7041 Checking - Non Interest |
| Taxpayer ID No: | *******4487 | | |
| For Period Ending: | 06/30/19 | Blanket Bond (per case limit): | $ 652,020.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 274,037.96 |
| 04/11/19 | 4 | GENEVA M BUMGARNER 515 Locust St Richlands, VA 24641 | | 1222-000 | 100.00 | | 274,137.96 |
| 04/11/19 | 20 | CNX Gas Company, LLC 1000 Consol Energy Drive Canonsburg, PA 15317 | | 1241-000 | 7,364.02 | | 281,501.98 |
| 04/25/19 | 4 | GENEVA M BUMGARNER 515 Locust St Richlands, VA 24641 | | 1222-000 | 100.00 | | 281,601.98 |
| 04/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 404.61 | 281,197.37 |
| 05/28/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 400.85 | 280,796.52 |
| 05/31/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 280,796.52 | 0.00 |

| | COLUMN TOTALS | 7,564.02 | 281,601.98 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 280,796.52 | |
| | Subtotal | 7,564.02 | 805.46 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 7,564.02 | 805.46 | |

Page Subtotals  7,564.02  281,601.98

LFORM24

Ver: 22.01b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 98-50517 -LTB | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | Mullins, John Robert | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7052  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4487 | | |
| For Period Ending: | 06/30/19 | Blanket Bond (per case limit): | $ 652,020.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals     0.00     0.00

Ver: 22.01b

LFORM24

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 98-50517 -LTB | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | Mullins, John Robert | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7191 Checking - Non Interest |
| Taxpayer ID No: | *******4487 | | |
| For Period Ending: | 06/30/19 | Blanket Bond (per case limit): | $ 652,020.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals   0.00   0.00

Ver: 22.01b

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 98-50517 -LTB | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | Mullins, John Robert | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7395 Money Market - Credit Card Account |
| Taxpayer ID No: | *******4487 | | |
| For Period Ending: | 06/30/19 | Blanket Bond (per case limit): | $ 652,020.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 22.01b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 98-50517 -LTB | Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
|---|---|---|---|
| Case Name: | Mullins, John Robert | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0172 Checking - Non Interest |
| Taxpayer ID No: | *******4487 | | |
| For Period Ending: | 06/30/19 | Blanket Bond (per case limit): | $ 652,020.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/31/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 280,796.52 | | 280,796.52 |
| 06/10/19 | 4 | Geneva M. Bumgarner 515 Locust St Richlands, VA 24641 | | 1222-000 | 100.00 | | 280,896.52 |
| 06/10/19 | 20 | CNX Gas Company LLC 1000 Consol Energy Dr. Canonburg, PA 15317 | | 1223-000 | 3,436.53 | | 284,333.05 |
| 06/19/19 | 4 | Geneva Bumgarner | rent payment | 1222-000 | 100.00 | | 284,433.05 |
| 06/19/19 | 20 | CNX Gas Company LLC | Gas royalty payment | 1223-000 | 3,181.68 | | 287,614.73 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 287,614.73 | 0.00 | 287,614.73 |
| Less: Bank Transfers/CD's | 280,796.52 | 0.00 | |
| Subtotal | 6,818.21 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,818.21 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********7041 | 7,564.02 | 805.46 | 0.00 |
| Money Market - Interest Bearing - ********7052 | 0.00 | 0.00 | 0.00 |
| Checking - Non Interest - ********7191 | 0.00 | 0.00 | 0.00 |
| Money Market - Credit Card Account - ********7395 | 0.00 | 0.00 | 0.00 |
| Checking - Non Interest - ********0172 | 6,818.21 | 0.00 | 287,614.73 |
| | 14,382.23 | 805.46 | 287,614.73 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   287,614.73   0.00

Ver: 22.01b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| | |
|---|---|
| Case No: | 98-50517 -LTB |
| Case Name: | Mullins, John Robert |
| Taxpayer ID No: | *******4487 |
| For Period Ending: | 06/30/19 |

| | |
|---|---|
| Trustee Name: | BARRETT L. CRAWFORD, TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0172  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 652,020.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature:  /s/  BARRETT L. CRAWFORD, TRUSTEE   Date: 07/30/19
                      BARRETT L. CRAWFORD, TRUSTEE

Page Subtotals    0.00    0.00

Ver: 22.01b

LFORM24