FILED & JUDGMENT ENTERED
Steven T. Salata

October 2 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 98-50517 |
| ) | Chapter 7 |
| JOHN ROBERT MULLINS, ) | |
| ) | |
| Debtor. ) | |

**ORDER AUTHORIZING TRUSTEE TO PAY INTERIM ATTORNEY FEES AND EXPENSES TO RICHARD M. MITCHELL AND JOHN W. TAYLOR**

THIS MATTER came on before the United States Bankruptcy Judge of the United States Bankruptcy Court for the Western District of North Carolina on the Application of Richard M. Mitchell and John W. Taylor for payment of interim attorney fees in the amount of $115,768.51 and $0.00 for interim attorney expenses; and the Movants, having given proper and adequate notice of their Application and Notice of Opportunity for Hearing to all parties in interest, and no objections having been made to the Movants' Application, the Court finds that the services provided by Richard M. Mitchell and John W. Taylor to the Estate are reasonable and necessary to recover and protect the assets of the bankruptcy estate, and the Court approves said Application.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the sum of $115,768.51 for interim attorney fees and $0.00 for interim attorney expenses is reasonable interim compensation for services rendered to the estate by Richard M. Mitchell and John W. Taylor, and that the Trustee is directed to pay such sum for attorneys' fees as directed by the Movants to be apportioned by them.

This Order has been signed electronically. The
judge's signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court